No. 99–10140. FUSTER-ESCALONA *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–10141. FEINBERG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–10142. EL-AMIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–10143. FOYE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–10144. GLOVER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–10146. GLAVIS *v.* GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10147. HUNTER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 99–10148. POSTELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10149. ANTONIO SOTO *v.* UNITED STATES; and
No. 00–5252. SOTO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 211 F. 3d 598.

No. 99–10150. SMITH *v.* BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–10151. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10153. GIBSON *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 99–10154. GARSIDE *v.* WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–10155. GEDEON *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.